UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>LUCKY OPCO LLC,<br><br>　　　　　Defendant. | Case No. 21-cv-02692-JCS<br><br>**ORDER TO SHOW CAUSE WHY MOTION FOR DEFAULT JUDGMENT SHOULD NOT BE DENIED**<br><br>Re: Dkt. No. 12 |

　　　　At the hearing on August 13, 2021, Plaintiff's counsel agreed to provide a supplemental declaration by Plaintiff Brian Whitaker no later than August 20, 2021 explaining why Defendant's inability to move a point-of-sale machine to the lower, wheelchair-accessible counter immediately adjacent to the higher counter where the machine was located constituted a barrier to completing his transaction and a violation of the disability access laws at issue. That deadline has passed, and no declaration has been filed. Whitaker is therefore ORDERED TO SHOW CAUSE why his motion for default judgment should not be denied, by filing the declaration at issue no later than August 30, 2021.

　　　　**IT IS SO ORDERED.**

Dated: August 25, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JOSEPH C. SPERO
　　　　　　　　　　　　　　　　　　　　Chief Magistrate Judge