UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>            Plaintiff,<br><br>    v.<br><br>LUCKY OPCO LLC,<br><br>            Defendant. | Case No. 21-cv-02692-JCS<br><br>*Also Filed in Case No. 21-cv-00903-BLF*<br><br>**SUA SPONTE REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

Plaintiff Brian Whitaker has filed multiple cases in this district against Defendant Lucky OpCo LLC, with substantially identical allegations regarding barriers to access at different Lucky stores. This case is hereby REFERRED to the Honorable Beth Labson Freeman under Civil Local Rule 3-12(c) to determine whether it is related to case number 21-cv-00903-BLF. Any party may file a statement supporting or opposing finding the cases related no later than September 13, 2021. *See* Civ. L.R. 3-12(c), 3-12(e), 7-11(b).

The undersigned has separately issue a report and recommendation to deny Whitaker's motion for default judgment and dismiss the case without prejudice. If Judge Freeman determines that the cases are not related, this case will be reassigned to a randomly-selected district judge for action on that recommendation.

**IT IS SO ORDERED.**

Dated: September 7, 2021

JOSEPH C. SPERO
Chief Magistrate Judge